IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH MERRITT, | CIVIL NO. 6:07-CV-00027 |
| *Plaintiff*, | |
| v. | ORDER |
| OLD DOMINION FREIGHT LINE, INC., | |
| *Defendant*. | JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, the Plaintiff's Motion for Summary Judgment [docket no. 31] is hereby DENIED, and the Defendant's Motion for Summary Judgment [docket no. 28] is hereby GRANTED. This matter shall be TERMINATED and STRICKEN from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 9th Day of April, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE