
CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
MAY 15 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH MERRITT,<br><br>　　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>　　　　　　　　　　　　*Defendant.* | CIVIL NO. 6:07-CV-00027<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, the Plaintiff's Motion to Deny Defendant's Bill of Costs (docket no. 50) is hereby GRANTED. The taxing of the Defendant's costs to the Plaintiff is REVERSED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 15th Day of May, 2009.

　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE