CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 0 2 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH MERRITT,<br>*Plaintiff,*<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br>*Defendant.* | CIVIL ACTION NO. 6:07-CV-27<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Defendant's four motions in limine (docket nos. 79, 81, 83, and 85). In accordance with the accompanying memorandum opinion, and for the reasons stated therein, the motion concerning back pay and front pay (docket no. 79) is DENIED; the motion concerning expert testimony (docket no. 81) is GRANTED in part; the motion to preclude evidence as irrelevant is DENIED (docket no. 83); and the motion regarding the preclusive effect of prior rulings (docket no. 85) is GRANTED in part.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this 2nd day of February, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1