

# CANTOR STONEBURNER FORD
## GRANA BUCKNER

H. Aubrey Ford, III
Direct Dial: (804) 343-4360
E-mail: aford@virginiatrialfirm.com

July 7, 2011

Ms. Julia C. Dudley, Clerk of Court
United States District Court
  for the Western District of Virginia
Lynchburg Division
1101 Court Street, Suite A66
Lynchburg, Virginia 24504

Re:   Deborah Merritt v. Old Dominion Freight Line, Inc.
      Civil Action No.:  6:07CV00027

Dear Ms. Dudley:

The parties have been able to achieve a settlement of this case.  We are now consummating a Settlement Agreement and the related logistics.  Counsel should be able to submit to the Court a Rule 41 Stipulation of Dismissal within the next ten days.

It will not be necessary for the Court to maintain the July 18 – 22 jury trial dates or the July 11 Pre-trial Hearing with Judge Moon.

We greatly appreciate all the assistance provided by your office.

Sincerely,

H. Aubrey Ford, III
Co-Counsel for Plaintiff

HAF/mes

Main: 804-644-1400 • Fax: 804-644-9205
Street Address: 7130 Glen Forest Drive • Suite 400 • Richmond, VA 23226
Mailing Address: P.O. Box 561 • Richmond, VA 23218-0561
www.VirginiaTrialFirm.com

Ms. Julia C. Dudley, Clerk of Court
United States District Court
  for the Western District of Virginia
July 7, 2011
Page 2


cc:     **BY E-MAIL ONLY**:
        Mr. Ken Shevlin, Law Clerk to the Honorable Norman K. Moon
        Robert Craig Wood, Esq.
        Aaron James Longo, Esq.
        Valerie A. Chastain, Esq.