IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| DEBORAH MERRITT, )<br>)<br>Plaintiff )<br>v. )<br>)<br>OLD DOMINION FREIGHT LINE, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.: 6:07CV00027 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), plaintiff Deborah Merritt, by counsel and her duly authorized representative, hereby dismisses the above-captioned action, with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Stipulation of Dismissal is signed on behalf of all parties who have appeared in this action.

Respectfully submitted this the 18th day of July 2011.

s/ H. Aubrey Ford, III
Valerie A. Chastain (VSB # 70887)
Valerie A Chastain, P.C.
315 North Bridge Street
Post Office Box 924
Bedford, Virginia 24253
Office:  (540) 587-8860
Facsimile:  (540) 587-8861
vchastainlaw@verizon.net

H. Aubrey Ford, III (VSB #18691)
CANTOR STONEBURNER FORD
GRANA & BUCKNER

s/ Aaron J. Longo
R. Craig Wood (VSB #24264)
McGuireWoods LLP
P.O. Box 1288
310 4th Street, N.E., #300
Charlottesville, Virginia 22902-1288
(434) 977-2558
(434) 980-2274
cwood@mcguirewoods.com

Aaron J. Longo (VSB #65685)
McGuireWoods LLP
Bank of America Corporate Center

| | |
|---|---|
| 7130 Glen Forest Drive, Suite 400<br>Richmond, Virginia 23226<br>Office: (804) 644-1400<br>Facsimile: (804) 644-9205<br>aford@virginiatrialfirm.com<br><br>*Attorneys for Deborah Merritt* | 100 North Tryon Street, Suite 2900<br>Charlotte, North Carolina  28202<br>704.373.8958<br>704.353.6169 (facsimile)<br>alongo@mcguirewoods.com<br><br>*Attorneys for Old Dominion Freight Line, Inc.* |

### Certificate of Filing and Service

I hereby certify that on July 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>R. Craig Wood (VSB #24264)
>McGuireWoods LLP
>P.O. Box 1288
>310 4th Street, N.E., #300
>Charlottesville, Virginia 22902-1288
>(434) 977-2558
>(434) 980-2274
>cwood@mcguirewoods.com
>
>Aaron J. Longo (VSB #65685)
>McGuireWoods LLP
>Bank of America Corporate Center
>100 North Tryon Street, Suite 2900
>Charlotte, North Carolina  28202
>704.373.8958
>704.353.6169 (facsimile)
>alongo@mcguirewoods.com

*Counsel for Defendant*